UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

F.A.F. et al.,

                  Plaintiff,

     v.

DANIELLE LEHMAN, JOSEPH B
EDLOW, KRISTI NOEM,

                  Defendants.

CASE NO. 2:25-cv-02498-BAT

**ORDER SETTING DEADLINES**

Plaintiffs filed this mandamus case seeking to compel Defendants, officials of the United States Citizenship and Immigration Services (USCIS) and the Department of Homeland Security, to adjudicate their asylum applications. The parties state in their joint status report that all Plaintiffs but one has been scheduled for an asylum interview, that they are hopeful Defendants will adjudicate all cases within 120 days of the interviews, and that they believe discovery and trial will be unnecessary. Dkt. 10. They anticipate the case will be resolved without motions practice, but request that the Court set a dispositive motions deadline in case needed.

Accordingly, the Court will dispense with the usual scheduling order and **ORDERS** as follows:

1.     The parties shall update the Court as to the status of Plaintiffs' asylum applications by no later than **May 4, 2026**.

ORDER SETTING DEADLINES - 1

2.       The parties shall file dispositive motions, if any, by **September 25, 2026**.

DATED this 3rd day of February, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER SETTING DEADLINES - 2